United States Courts
Southern District of Texas
FILED
*March 06, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CRIMINAL NO.: **4:25-cr-00094** |
| v. | | |
| DANIELLE DE ROSE | | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
Drug Adulteration
(Violation of 21 U.S.C. § 331(k))

Between on or about January 18, 2023 and on or about January 20, 2023, in the Southern District of Texas, Defendant DANIELLE DE ROSE, with the intent to defraud and mislead, caused a drug, specifically meperidine hydrochloride, while it was held for sale after shipment in interstate commerce, to become adulterated within the meaning of 21 U.S.C. § 351(d), in that the defendant extracted vials containing meperidine hydrochloride, and filled the vials with saline solution so as to reduce the quality and strength of the meperidine hydrochloride. All in violation of Title 21, United States Code, Sections 331(k) and 333(a)(2).

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:  *Alexander Alum*
ALEXANDER ALUM
Assistant United States Attorney
Southern District of Texas